**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DIANE CASHAW BING,

        Petitioner

        v.

CAMBRIA COUNTY TRANSIT AUTHORITY
T/CAMTRAN,

        Respondent

: No. 257 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.